First Department. November 20, 1908.) Proceedings by the people of the state of New York, on the relation of Stephen S. Walsh, against Theodore A. Bingham, as commissioner, etc. V. S. Lindsley, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PERRICONE, Respondent, · v. GODWIN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Michele Perricone, an infant, by Michele Perricone, his guardian ad litem, against the Godwin Construction Company. No opinion. Order affirmed, with $10 costs and disbursements.

PERSKY, Respondent, v. DUBROFF, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Hyman Persky against Abraham Dubroff. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the court at Special Term was without authority to grant the same, and motion granted, with $10 costs.

PETCH, Respondent, v. BARTELL, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Mary Petch against Charles Bartell, impleaded with others.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. *Held*, that the finding of the court that Charles Bartell was trustee for the plaintiff in the foreclosure and purchase of the property in question is not supported by the evidence, and that there is no sufficient evidence to sustain the finding that the defendant Charles Bartell was guilty of fraud, or was trustee ex maleficio.

PEYCKE, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Mamie Peycke against the Waterbury Company, a corporation. No opinion. Judgment of the Municipal Court affirmed, with costs.

PRESKY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Francis C. Presky against the city of New York. No opinion. Motion denied, with $10 costs. Order filed.

In re PRESTON. (Supreme Court, Appellate Division. Second Department. December 3, 1908.) In the matter of the application of William H. Preston for admission to the bar. No opinion. Application granted.

PRICE et al., Respondents, v. La FERRIERE, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Milburt M. Price and others against Fred. R. La Ferriere. No opinion. Judgment affirmed, with costs.

PRIOLO, Appellant, v. C. H. SOUTHARD WRECKING & TRUCKING CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Guiseppe Priolo against the C. H. Southard Wrecking & Trucking Company, impleaded with others. H. J. Hindes, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 103 N. Y. Supp. 593.

PATTERSON, P. J., and CLARKE, J., dissent.

QUA, Appellant, v. HODGES, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Ransom Qua against Edward D. Hodges. No opinion. Judgment unanimously affirmed, with costs.

RANSOHOFF, Respondent, v. GOODRICH, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Nelson A. Ransohoff against Henry I. Goodrich. S. D. Lasky, for appellant. L. B. Pollock, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RASCH, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Caroline E. Rasch against the Nassau Electric Railroad Company and another. No opinion. Judgment affirmed, with costs.

RAUSOHOFF v. GOODRICH. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by Nelson A. Rausohoff against Henry I. Goodrich. No opinion. Motion denied, on terms stated in order. Order filed.

REGIERER, Respondent, v. MOOREHEAD REALTY & CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Isaac Regierer against the Moorehead Realty & Construction Company. No opinion. Motion granted, without costs, so far as it remits the return to the Municipal Court. The motion to resettle has to be made before the Municipal Court justice.

REILLY, Appellant, v. WEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by John Reilly against Charles I. Weinstein and another. No opinion. Judgments unanimously affirmed, with costs.

RENAULT et al., Respondents, v. HERRICK et al., Appellants. (Supreme Court, Ap-